# PD-0429-15

No. ___________

FRANCISCO DURAN, JR.,
     PETITIONER-MOVANT,

§    **FILED IN**    IN THE COURT OF
   COURT OF CRIMINAL APPEALS

VS.

§    APR 17 2015    CRIMINAL COURT

§   Abel Acosta, Clerk

THE STATE OF TEXAS,
     RESPONDENT.

§      AUSTIN, TEXAS.

RECEIVED IN
COURT OF CRIMINAL APPEALS

## MOTION FOR LEAVE TO FILE
## AN ORIGINAL COPY ONLY OF THE PDR

APR 17 2015

Abel Acosta, Clerk

**TO THE HONORABLE JUDGES:**

COMES NOW, the above named petitioner-movant, acting in his own behalf, respectfully requesting the Court for leave to file an original copy only of the [PDR] petition for discretionary review. In that,

1. The style and appeal number of the Thirteenth District Court of Appeals is No. 13-12-00344-CR;

2. The Appellant/Petitioner moves that, pursuant to Rule 2, Texas Rules of Appellate Procedure, this Court may suspend Rule 9.3(b), Texas Rules of Appellate Procedure tjhat requires the filing of eleven (11) copies of the [PDR] petition for discretionary review;

3. The facts relied upon to show good cause for this request are: Petitioner is indigent and incarcerated and does not have access to a photo copier. Nor is petitioner-movant represented by counsel and will be filing his petition pro se. Finally, petitioner-movant does believe he has merit and thus this is made in good faith.

**WHEREFORE PLEADINGS CONSIDERED,** petitioner-movant prays this Honorable Court will grant him to file only the original copy of this [PDR] petition.

Thank you.

Respectfully requested,

*Frank Drran Jr.*

FRANCISCO DURAN, JR.

## CERTIFICATE OF SERVICE

I, Francisco Duran, Jr., petitioner-movant and appellant in this cause and foregoing motion to suspend the rule does hereby certify that one original copy of said motion for leave to file only an original copy of the [PDR] petition for discretionary review was placed in the Robertson Prison mail box addressed to the Clerk of the Texas Court of Criminal Appeals at Austin, on the **8th DAY OF APRIL 2015.** I atest to this by affixing my signture below:

_Frank Duran Jr._
SIGNATURE: FRANCISCO DURAN, JR.
ROBERTSON UNIT # 1793551
12071    FM    3522
ABILENE, TX. 79601

cc

-2-